AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) |
| Guy Wesley Reffitt | ) Case: 1:21-mj-00091 |
|  | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 1/16/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| **Date of Birth:** XXXXXXXX | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 USC 1752(a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 USC 1512(a)(2)(C) | Obstruction of Justice |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas B. Ryan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/16/2021

2021.01.16 19:02:01 -05'00'

*Judge's signature*

City and state: Washington D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*