IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:21-MJ-00091-ZMF |
| v. ) | |
| ) | |
| GUY WESLEY REFFITT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ERRATA TO CORRECT STATEMENT IN AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this errata to correct a misstatement in a court document. On January 16, 2021, the government submitted an affidavit in support of an application for a complaint that stated that the defendant, GUY WESLEY REFFITT, committed the acts of Obstruction of Justice at his home in Wylie, Texas, in the *Western* District of Texas. (ECF No. 1-1 at para. 34.) The affidavit should have stated that the home in Wylie, Texas, is in the *Eastern* District of Texas.

                                             Respectfully submitted,

                                             MICHAEL R. SHERWIN
                                             ACTING UNITED STATES ATTORNEY
                                             N.Y. Bar Number 4444188

                               By: __/s/ Jeffrey S. Nestler_____
                                             JEFFREY S. NESTLER
                                             Assistant United States Attorney
                                             D.C. Bar Number 978296
                                             United States Attorney's Office
                                             555 Fourth Street, N.W.
                                             Washington, D.C.  20530
                                             Telephone: 202-252-7277
                                             Email: JEFFREY.NESTLER@USDOJ.GOV